No. 85–1513. EDWARDS, GOVERNOR OF LOUISIANA, ET AL. *v.* AGUILLARD ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 476 U. S. 1103.] Motion of appellants for leave to file reply brief out of time granted.

No. 85–1835. CALIFORNIA *v.* ROONEY. Ct. App. Cal., 2d App. Dist. [Certiorari granted, *ante*, p. 881.] Motion of Americans for Effective Law Enforcement, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 85–2156. SHAARE TEFILA CONGREGATION ET AL. *v.* COBB ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 812.] Motions of American-Arab Anti-Discrimination Committee and Anti-Defamation League of B'nai B'rith et al. for leave to file briefs as *amici curiae* granted.

No. 86–246. SUMNER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. *v.* SHUMAN. C. A. 9th Cir. [Certiorari granted, *ante*, p. 948.] Motion for appointment of counsel granted, and it is ordered that N. Patrick Flanagan III, Esquire, of Reno, Nev., be appointed to serve as counsel for respondent in this case.

No. 86–475. FRAZIER *v.* HEEBE, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 960.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 86–637. COMMUNICATIONS WORKERS OF AMERICA ET AL. *v.* BECK ET AL. C. A. 4th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 86–5838. IN RE CLOUGH. Petition for writ of habeas corpus denied.

No. 86–620. IN RE ALBERT ET AL. Petition for writ of mandamus denied.